UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAAC YOUNG,

    Defendant.

_____/

Case:2:23-cr-20394
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 07-11-2023 At 04:25 PM
SEALED MATTER (LG)

Violation:   18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 1, 2023, in the Eastern District of Michigan, Southern Division, the defendant, ISAAC YOUNG, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is a Glock model 19, 9mm caliber semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant ISAAC YOUNG shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: a Glock model 19, 9mm caliber semiautomatic pistol.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/David Cowen*
David Cowen
Assistant United States Attorney

Dated: July 11, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

Case Title: USA v. ISAAC YOUNG

County where offense occurred : Oakland

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- no prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30274 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 11, 2023
Date

David Cowen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Fax:   (313) 226-5464
E-Mail address: david.cowen@usdoj.gov
Attorney Bar #: NM-142040

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.