

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

              Plaintiff,        Criminal No. 23-cr-20394

v.

                               Honorable Sean F. Cox

Isaac Young,

              Defendant.
_____/

## Defendant's Acknowledgment of Indictment

    I, Isaac Young, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts One: Felon in Possession of a Firearm:** Up to 15 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

                                                 /s/ Isaac Young
                                                 Isaac Young
                                                 Defendant

Date: July 19, 2023

Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*[signature]*

Robert F. Kinney
Counsel for Defendant

Dated: July 19, 2023