UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

           Plaintiff,           CRIMINAL NUMBER: 23-20394

v.

ISAAC YOUNG,

           Defendant.
_____/

## ORDER ADDING ADDITIONAL BOND CONDITIONS

IT IS HEREBY ORDERED that the bond earlier furnished By Magistrate Judge Grand is modified to include the following conditions:

ADDITIONAL CONDITIONS:

The condition of standalone monitoring is removed. The defendant is subject to home detention with essential leave and discretionary leave. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearance; and court-ordered obligations.

DATED: 7/20/2023

SEAN F. COX
U.S. DISTRICT COURT JUDGE

---

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.

DATED: 7-20-23

Signature of Defendant