UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 23-cr-20394

v.

                                              Hon. Sean F. Cox
ISAAC YOUNG,                          United States District Court Judge

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 26)

Defendant Isaac Young was indicted for possessing a firearm as a felon in violation of 18 U.S.C. § 922(g)(1) and he now moves the Court to dismiss that indictment. (ECF No. 36). Young argues that § 922(g)(1) is unconstitutional under the Second Amendment on its face and as applied to him. Young concedes that Sixth Circuit precedent forecloses his argument. *See, e.g.*, *United States v. Carey*, 602 F.3d 738, 741 (6th Cir. 2010). However, Young concludes that such precedents were implicitly overruled by *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022), and that § 922(g)(1) cannot now survive judicial scrutiny.[1]

Although the Sixth Circuit has not yet addressed the issue Young raises, this Court and several federal courts of appeals have held that *Bruen* did not abrogate pre-*Bruen* precedent holding that § 922(g)(1) is per se constitutional. *See, e.g.*, *United States v. Nelson*, 680 F. Supp. 3d 827, 832–35 (E.D. Mich. 2023); *United States v. Jackson*, 69 F.4th 495, 501–06 (8th Cir. 2023); *Vincent v. Garland*, 80 F.4th 1197 (10th Cir. 2023); *United States v. Gay*, 98 F.4th 843 (7th Cir. 2024); *United States v. Dubois*, 94 F.4th 1284, 1291–93 (11th Cir. 2024). Young fails to persuade the Court that it should depart from this conclusion.

---

[1] Young's motion was fully briefed and the Court rules on it without oral argument.

1

**IT IS HEREBY ORDERED** that Young's "Motion to Dismiss" (ECF No. 26) is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 10, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on July 10, 2024, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

s/J. McCoy
Case Manager

2