Darryl Greene
Booker T. Dozier Recreation Center
2025 Middlebelt Rd, Inkster, MI 48141

1-25-25

231 W Lafayette Blvd
Detroit, MI 48226
United States

Dear Judge Sean Cox:

I am writing to provide a character reference for Isaac Young, who I have had the pleasure of coaching at the Inkster Complex. Throughout his time in our basketball program, Isaac demonstrated exceptional athletic abilities and a remarkable drive that set him apart from his peers.

From a young age, Isaac showed a natural talent for basketball. His skills on the court were complemented by his relentless work ethic and determination to improve. He was a talented player and a team leader, inspiring his teammates with his positive attitude and perseverance. Isaac's contributions to the Academy of Inkster basketball program were invaluable; he dedicated countless hours to practice and exemplified sportsmanship and dedication.

However, it's important to acknowledge Isaac's significant challenges in his youth. At the tender age of eight, he experienced the heartbreaking loss of his father to cancer. This event profoundly impacted him, shaping his character and influencing his journey. Despite this tremendous loss, Isaac continued to push forward, channeling his grief into his passion for basketball and demonstrating resilience in the face of adversity
Isaac's journey has not been without its struggles, but I firmly believe that he deserves a second chance. He has learned from his past experiences and has shown a commitment to bettering himself. I respectfully ask that you consider the positive contributions he has made, both on and off the court, as well as the challenges he has faced when determining his sentence.

Thank you for considering this letter as you make your decision regarding Isaac. I truly believe that with the right support and guidance, he can continue to grow and make a positive impact in his community
Sincerely,

Darryl Greene

Lee A. Jackson
Pastor of Cathedral of Faith Church
Detroit, Michigan

To Whom It May Concern.

We, the Jackson family, are writing this letter as a character reference for Isaac Barnett Young. It is with a peaceful heart and a deep sense of faith that we share our thoughts about Isaac and the journey he has taken.

Isaac experienced a profound loss at a young age when his father passed away from cancer. This tragedy undoubtedly took a toll on him and his family, leaving them to navigate the challenges of grief and loss. Growing up in a church background, Isaac found solace in his faith and the support of his loved ones, particularly his grandmother, who is a beloved figure in the Inkster community known for her gospel singing and unwavering faith.

Isaac's upbringing in a nurturing, faith-filled environment has shaped him into the person he is today. His family values and commitment to his faith have guided him through difficult times. He has found strength and purpose in music, using it as a powerful tool to inspire and uplift those around him. Through his talents, he has changed the lives of his family and community, fostering a sense of hope and love Recently, Isaac has expressed his desire to start his own family and has taken significant steps toward solidifying his faith by asking to be baptized in our church. He wishes to call the Cathedral of Faith his home, where he can grow spiritually and continue to make a positive impact in the lives of others.

We wholeheartedly support Isaac on this journey and believe that his commitment to faith and family speaks volumes about his character. We trust that he will continue to be a light in the community, reflecting the values he has been raised with.

Thank you for considering this letter as you evaluate Isaac's character and potential for the future.

Sincerely,
The Jackson Family
Cathedral of Faith Church
Detroit,

On behalf of the entire Weatherby Family, Shawnita, Jasmine Jalen Alaya Melvin Jr, Jaiden, Jamari, Edmund Jr, Kaiden and Demontez jr

To Honorable Judge Sean Cox

Dear Judge Cox,
We hope this letter finds you well. We are writing to you as the Weatherby family to express our heartfelt sentiments regarding Isaac Barnett Young.

Isaac has been a remarkable support system for our family during incredibly challenging times. There was a period when we faced the threat of eviction, and thanks to Isaac's generosity and compassion, we were able to stay in our home. He not only helped us with financial assistance but also provided emotional support when we needed it most.

During the holidays, Isaac went above and beyond by ensuring that our family had a Thanksgiving dinner and a Christmas celebration. With eight children to care for, these moments are precious, and Isaac made it possible for us to create cherished memories that we will hold dear forever. His kindness and selflessness truly made a difference in our lives, and we are immensely grateful for everything he has done for us.

We understand that Isaac has made mistakes in the past, but we firmly believe that everyone deserves a second chance. He has shown us a different side of himself, one filled with compassion, generosity, and a desire to help others. We ask that you consider the positive impact he has had on our family and the community. We believe in his potential for growth and redemption, and we know that he can continue to make a meaningful difference if given the opportunity.

Thank you for taking the time to read our letter. We sincerely hope that you will consider granting Isaac the second chance he needs to turn his life around.

With warm regards,
The Weatherby's

Cora Lee Watson
26171 Dunning St
Inkster MI, 48141
1-27-25

To: The Honorable Judge Sean Cox

231 W Lafayette Blvd
Detroit, MI  48226
United States


Dear Judge Cox

I hope this letter finds you well. I am writing to you as the grandmother of Isaac Barnett, who is facing sentencing soon. I want to take this opportunity to share my thoughts regarding my grandson and the importance of compassion and understanding during this difficult time.

Isaac is a young man who, like many, has faced challenges and made mistakes. However, I believe deeply in the power of redemption and the opportunity for a second chance. In the Bible, we find encouragement in passages that remind us that everyone is capable of change and growth. One such verse is found in Lamentations 3:22-23, which states, "The steadfast love of the LORD never ceases; his mercies never come to an end; they are new every morning; great is your faithfulness." This scripture speaks to the heart of forgiveness and the hope that each new day brings

I have witnessed Isaac's struggles and the impact they have had on him and our family. He has shown a desire to learn from his mistakes and to become a better person. I truly believe that with guidance and support, he can turn his life around and contribute positively to society.

As you consider his case, I kindly ask for your compassion and understanding. A lighter sentence would provide Isaac with the opportunity to rehabilitate and make amends, rather than allowing his mistakes to define his future. I trust in your wisdom and fairness and hope that you will see the potential for growth in him.

Thank you for taking the time to read my letter. I appreciate your consideration and the difficult work you do in seeking justice and rehabilitation.

Sincerely,
Cora Lee Watson, a concerned and loving Grandmother

Khalil Deshaun Johnson
26171 Dunning
Inkster Mi ,48141
1-22-24

The Honorable Judge Sean Cox
231 W Lafayette Blvd
Detroit, MI 48226
United States

Dear Judge Cox
I am writing to you regarding my cousin, Isaac Barnett Young, who is currently facing sentencing. I respectfully request your consideration for a lighter sentence, as I believe that Isaac is a fundamentally good person who has made some poor choices.

Isaac has always been a caring and supportive individual in our family and community. Growing up, he was the one who would lend a helping hand, whether it was assisting elderly neighbors with their groceries or volunteering at local shelters. His kindness and compassion have touched many lives, and it is these qualities that I hope you will consider.

Throughout his life, Isaac has faced challenges that have shaped him, but I have witnessed his resilience and determination to become a better person. He understands the gravity of his actions and is sincerely remorseful for the choices he has made. Isaac is committed to making amends and has expressed a strong desire to turn his life around. He has actively sought counseling and has engaged in programs aimed at personal development.

I truly believe that a lighter sentence would allow Isaac the opportunity to continue his journey of rehabilitation and contribute positively to society. He has so much potential to be a force for good, and I have faith that, given the chance, he will make meaningful changes in his life.

Thank you for considering this letter as a testament to Isaac's character and the positive impact he can still make.

With all blessings to the most high

He has shared with me that he is committed to making powerful positive change for his newfound family and his community, in anyway the court feel is nessssary for him to be even a better leader and father for his family and his community. For Isaac, This has been a complete wake-up call for him, one that he is taking very seriously. I Rodney Timothy Gregory do with all my heart and prayers hope that this court with all it's power and influence give him the chance to rehablitate and to be that Leader for his family. I believe, that with your heartfelt guidance, he has the incredible potential to grow and give back, we need, he needs a chance.

Thank you for your time and consideration.

Sincerely, Rodney Timothy Gregory

Relationship (proud) uncle,

Case 2:23-cr-20394-SFC-KGA   ECF No. 52, PageID.320   Filed 01/28/25   Page 6 of 10



Dear Honorable Judge [                ]

My name is Rachael Rochelle Young. I am else big sister. I just want to say I love my baby brother and I respect how he's changed his life around. He's a father now and a good one. I use to babysit my little brother while my mom went to work. He also a protector Stepped up as a protector since the passing of our dad. Sometimes we might butt heads but I truly love and support him. Please give him another chance he has truly changed and he always have a great heart and love of family.

Sincerely,

Rachael R. Yo



subject: Isaac Barnett Young

Dear Honorable Judge

I am writing to you today as the mother of Isaac Barnett Young who is currently facing sentencing. I fully understood the seriousness of the charges against him. I wanted to share a different perspective of who he is. Isaac is a very kind and companiate young man. He loves his family. His father passed January 14, 2006 from lung cancer and my son saw the pain I indured and he would always tell me my mom I love you and everything will be OK. He always expresses to me everyday we talk I love you mom your the best. It makes



truly proud of him. He has stepped up to all his responsibilities for his daughter. What saddens me he almost lost his life. But by the grace of god he survived and am truly grateful and thankful to god. Plus my granddaughter and only grandchild wouldn't be here. al believe everyone deserves a second chance. My son Isaac has a love of basketball and music. He also is a church goer at triun church. He is a very responsible person he only wants love and support from his family.

Case 2:23-cr-20394-SFC-KGA   ECF No. 52, PageID.323   Filed 01/28/25   Page 9 of 10



While his actions were a misstep, I believe that doesn't represent who he is. I humbly request that you consider a sentence that focuses on rehabilition and allows him to continue contributing positively to society.

Thank you for your time and consideration.

Sincerely
Jacqueline York

Case 2:23-cr-20394-SFC-KGA   ECF No. 52, PageID.324   Filed 01/28/25   Page 10 of 10