**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ISAAC YOUNG,

          Defendant.

                Case No. 23-20394
                Honorable Linda V. Parker

_____/

**ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO**
**EXTEND SURRENDER DATE (ECF No. 65)**

This matter comes before the Court on Defendant's emergency motion to extend his surrender date. (ECF No. 65.) The Court has reviewed the motion, as well as the Government's response, (ECF No. 66) and finds that an extension is not warranted.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant must surrender to the U.S. Marshal, as previously directed, on **June 16, 2026** at **12:00 p.m**.

**IT IS FURTHER ORDERED** that Government and Defense Counsel must report to Judge Parker's courtroom at **11:30 a.m**. on **June 16, 2026**, prior to Mr.

Young's surrender.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 15, 2026